# CULLEN and DYKMAN LLP

**MEMO ENDORSED**

PETER J. MASTAGLIO
PARTNER
DIRECT: 516-357-3751
DIRECT FAX: 516-296-9155
E-MAIL PMASTAGLIO@CULLENANDDYKMAN.COM

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

June 8, 2007

Hon. Stephen C. Robinson
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*RECEIVED JUN 11 2007 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.*

Re: FANNIE MAE v. ALTMAN & STEFANSKY
CV-07-3598

Dear Judge Robinson:

This letter will confirm the discussion among your law clerk, Ms. Cooper who is the attorney for the defendants, and me representing the plaintiff, that the time to submit the proposed Scheduling Order was extended from June 15, 2007 to July 24, 2007 and that the time to submit the Joint Letter was extended from June 10, 2007 to July 18, 2007. The Initial Case Management Conference presently scheduled for August 10, 2007 remains calendared for that date.

Your courtesy is appreciated.

**APPLICATION GRANTED**
*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION  6/14/07

Respectfully yours,

Peter J. Mastaglio (PM 8303)

PJM:ms

cc: Susan Cooper, Esq.
Office of Paul Savad & Associates

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED:*

**Founded 1850**