PAUL SAVAD
Paul Savad & Associates
55 Old Turnpike Road - Suite 209
Nanuet, N.Y. 10954
Phone: (845) 624-3820
Fax: (845) 624-3821
Email: paul.savad1@verizon.net

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

FANNIE MAE,

                       Plaintiff

-against-

YITZCHOK ALTMAN, and YITZCHOK
STEFANSKY,

                       Defendants.
----------------------------------------------------------------X

Case No. 07 CV 3598

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF ROCKLAND:

Michelle Viohl, being duly sworn says: I am over 18 years of age and reside at Garnerville, New York.

On June 29, 2007, I served a true copy of the annexed Answer, by:

| | |
|---|---|
| ( X )<br>Overnight<br>Delivery<br>Service | by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below: |

By United Parcel Service

Peter J. Mastaglio, Esq.
Cullen & Dykman, LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

MICHELLE VIOHL

Sworn to before me this
29th day of June, 2007

_____
Notary Public

SUSAN COOPER
Notary Public, State of New York
No. 4989636
Qualified in Rockland County
Commission Expires 12/16/0_