UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FANNIE MAE,                                  Civil No.: 07-CV-3598 (SCR)

                    Plaintiff,

                                                                                                          PLAINTIFF"S
      - against -                                          INITIAL DISCLOSURE

YITZCHOK ALTMAN and
YITZCHOK STEFANSKY,

                    Defendants.
------------------------------------------------------------x

      Plaintiff, for its Initial Disclosure pursuant to FRLP 26 (A)(1), provides the following:

      A.     The individuals likely to have discoverable information that plaintiff may use to support its claim are the following:

           1.     Raymond A. LaRocco
                    Sovereign Bank
                    195 Montague Street
                    Brooklyn, New York 11201
                    347-563-9340

           2.     Clifford Blasberg
                    Sovereign Bank
                    195 Montague Street
                    Brooklyn, New York 11201
                    347-563-9262

           3.     Neville Moore
                    Sovereign Bank
                    195 Montague Street
                    Brooklyn, New York 11201
                    347-563-9366

Those individuals have information regarding "what was paid and what is owed," which, counsel for defendants advises, is the only remaining issue ("the Issue") in this action.

      B.     (1) The documents, electronically stored information and tangible things relating to the Issue that are in plaintiff's possession, custody or control and may be used to support its

claims are the following:

        1.    Multifamily Notes, Multifamily Mortgage, Assignment of Rents and Security Agreement, Assignment of Mortgage, Assumption, Modification and Release Agreements, April 17, 2007 letter and Guarantee Agreement, copies of all of which are attached to the Complaint in this action.

    B.    (2) Sovereign Bank's Servicing File regarding subject loan including:

        a.    copies of all correspondence on loan
        b.    records as to loan advances
        c.    insurance and insurance premium advance information
        d.    inspection reports
        e.    utility and utility advance records, and
        f.    real estate tax and advance records

(3) Computer history of loan payment recording commencement date of default.

    C.    Plaintiff computes its damages as of August 3, 2007 as follows:

| | | |
|---|---|---:|
| 1. | guarantee amount | $608,042.64 |
| 2. | interest at 7.19% from 3/1/07 to 4/30/07 | 7,286.38 |
| 3. | interest at 16% default rate from 5/1/07 to 8/3/07 | 25,132.43 |
| 4. | utility advances | 52,286.43 |
| 5. | water charges | 71,683.05 |
| 6. | insurance premium advances | 7,500.00 |
| | | $772,930.92 |

Dated: Garden City, New York
       August 8, 2007

                            CULLEN AND DYKMAN LLP

                   By: _____
                           Peter J. Mastaglio (PM 8303)
                           Attorneys for Plaintiff
                           100 Quentin Roosevelt Boulevard
                           Garden City, New York 11530
TO:                        (516) 357-3700
Paul Savad & Associates
55 Old Turnpike Road
Nanuet, New York 10954
Attn: Susan Cooper, Esq.

STATE OF NEW YORK)
            ss.:
COUNTY OF NASSAU)

MAUREEN SAUTER, being duly sworn, deposes and says:

That she is over the age of 21 years, resides at Massapequa, New York and is not a party to this action.

That on the 8th day of August, 2007 she served the within Plaintiff's Initial Disclosure by depositing a true copy thereof in a properly sealed wrapper, in a depository maintained by Federal Express located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York, addressed as follows:

Susan Cooper, Esq.
Paul Savad & Associates
55 Old Turnpike Road
Suite 209
Nanuet, New York 10954-2450

that being the addresses designated on the latest papers served by them in these actions and proceedings.

_____
MAUREEN SAUTER

Sworn to before me this
8th day of August, 2007.

_____
Notary Public

Sharon A. Cuffie
Notary Public, State of New York
No. 01CU6020584
Qualified in Suffolk County
Commission Expires March 01, 20 11