UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FANNIE MAE,

                Plaintiff(s),

        -against-

YITZCHOK ALTMAN, YITZCHOK
STEFANSKY,

                Defendant(s).
--------------------------------------------------------X

**SCHEDULING ORDER**

07 Cv. 3598 (CLB) (MDF)

Brieant, J.

        The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 9:30 A.M.

        The conference previously set for December 14, 2007 is cancelled.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                Charles L. Brieant, U.S.D.J.