LAW OFFICES OF

# PAUL SAVAD & ASSOCIATES

55 OLD TURNPIKE ROAD - SUITE 209

(Rt. 59 & THRUWAY EXIT 14)

NANUET, NEW YORK 10954

(845)624-3820

E-Mail: paul@savadlaw.com

FAX: (845) 624-3621

December 13, 2007

**VIA FACSIMILE (914) 390-4085**

Hon. Charles L. Brieant U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*07 Civ. 3598 (CLB)*

Re: Fannie Mae v. Altman and Stefansky ( ADD docket #)
**Conference date: Friday, December 14, 2007**
**Adjourned conference date: Friday, January 11, 2007, 9 a.m.**

Your Honor:

This is to confirm that the referenced matter has been adjourned on consent of all parties, with the permission of the Court, to Friday, January 11, 2007, at 9. a.m.

We expect to sign a stipulation resolving all matters in this action before the scheduled conference, and will advise the Court as soon as the stipulation is signed.

Respectfully,

Susan Cooper

SUSAN COOPER
SC/if
cc.  Mr. Yitzchok Stefansky
     Peter J. Mastaglio, Esq. (Via Facsimile 516 296-9155)

399stefansky\corr\court\adjconf121307